UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,

    Plaintiffs,

-against-

RICHARD VARON,

    Defendant.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 3  2006 ★

BROOKLYN OFFICE

Civil Action No.: 1:06-cv-01244-DGT-RML

Filed Electronically

[REDACTED] **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

---

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Twenty Dollars ($320.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Killing in the Name," on album "Rage Against the Machine," by artist "Rage Against the Machine" (SR# 152-061);
- "Stillmatic (Intro)," on album "Stillmatic," by artist "Nas" (SR# 305-698);

- "Think Of You," on album "Usher," by artist "Usher" (SR# 200-154);
- "Music Makes Me High," on album "Legal Drug Money," by artist "Lost Boyz" (SR# 222-734);
- "I Gave You Power," on album "It Was Written," by artist "Nas" (SR# 220-016);
- "Ascension (Don't Ever Wonder)," on album "Maxwell's Urban Hang Suite," by artist "Maxwell" (SR# 221-404);
- "Hate Me Now," on album "I Am," by artist "Nas" (SR# 175-149);
- "Stick Em Up," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 10/27/2006

By: s/David G. Trager
Hon. David G. Trager
United States District Judge

2